| | |
|---|---|
| CAREER EMPLOYMENT PROFESSIONALS, INC. d/b/a Trace Staffing Solutions, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CIVIL ACTION FILE<br>) NO. 4:17-cv-00083-WTM-GRS |
| MANUFACTURERS ALLIANCE INSURANCE COMPANY; PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY; and ZURICH AMERICAN INSURANCE COMPANY, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR LEAVE TO FILE
## SECOND AMENDED COMPLAINT AND ADJUST PLEADING DEADLINES

Having considered Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint and Adjust Pleading Deadlines, it is HEREBY ORDERED that the Motion is GRANTED and instructs Plaintiff to file the Second Amended Complaint; and

IT IS FURTHER ORDERED that the pleading deadlines will be adjusted as follows:

1. Defendants need not respond to the First Amended Complaint and shall respond to the Second Amended Complaint within twenty-one days following entry of the Court's order granting this motion; and

2. Plaintiffs need not respond to the original Answers and Counterclaims and shall to respond to the anticipated Amended Answers and Counterclaims within twenty-one days following the filing of the Amended Answers and Counterclaims.

IT IS SO ORDERED, this the 20th day of June, 2017.

_____
United States Magistrate Judge

DMS 1050771 3v1