# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TRACE STAFFING SOLUTIONS, LLC; and CEP TRANSITION CO., LLC, | ) ) ) ) |
| Plaintiffs/Counter-Defendants, | ) ) ) |
| v. | ) ) |
| MANUFACTURERS ALLIANCE INS. CO.; PENNSYLVANIA MANUFACTURERS' ASSOC. INS. CO.; and ZURICH AMERICAN INS. CO., | ) ) ) ) ) ) |
| Defendants/Counter-Claimants. | ) |

CV417-083

## ORDER

Plaintiffs filed an exhibit to their motion to strike defendant Zurich's expert witness Michael Donegan that includes the full names of certain workers compensation claimants. *See* doc. 69-3. They seek to have that document sealed from the public and a redacted version filed in its stead. Doc. 85. Plaintiffs' unopposed motion is **GRANTED**, and the Clerk is **DIRECTED** to remove current docket entry 69-3 from public view and to file the redacted exhibit (filed at doc. 85-1) in its

place.

**SO ORDERED,** this __2nd__ day of April, 2019.

_____
Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia