# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CAREER EMPLOYMENT PROFESSIONALS, INC., d/b/a Trace Staffing Solutions, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV417-083 |
| MANUFACTURERS ALLIANCE INSURANCE COMPANY, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On June 18, 2019 and June 21, 2019, the parties notified the Court of their desire for an Informal Discovery Dispute Conference. Docs. 96, 98. On June 25, 2019, the Court held that conference. After hearing from all parties, the Court will extend the deadlines in this case for an additional 75 days. Thus, discovery will close on September 11, 2019, and civil motions, including *Daubert* motions but excluding motions in limine, will be due on October 11, 2019.

However, the parties are cautioned that this is not a full-blown discovery extension. Rather the parties shall have 75 days to conduct the following enumerated discovery.

1. Defendants MAIC and PMA may request and receive documents from Assurance Agency and conduct the depositions of Jeff Friedrich, Jennifer Baldwin, and Debbi Burton. These depositions shall be conducted no later than 30 days after receipt of the Assurance production.

2. Zurich shall have two weeks from the date of this order to produce the requested billing file and best practices manual to plaintiff. Plaintiff shall have 30 days after receipt of the Zurich supplemental production to take any required depositions.[1]

3. Plaintiff may take the deposition of Amy Moore, so long as a subpoena is provided within two weeks from the date of this order.

4. Plaintiff may take the deposition of defendant Zurich's expert witness no later than two weeks after the date the Court rules on plaintiff's pending motion to strike. Doc. 69.

5. After the Court rules on defendants MAIC and PMA's motion to compel, docs. 64 and 65, defendants shall have two weeks to take

---

[1] These deadlines apply equally to all parties. Thus, if a witness subject to this scheduling order is in the control of one party, that party MUST make that witness available within the deadline absent truly extraordinary circumstances. By the same token, every party in this case is represented by at least two attorneys. Deadlines that fall within leaves of absences will not be excused.

any allowed deposition of plaintiff's 30(b)(6) witnesses.

6. After the Court rules on defendants MAIC and PMA's motion for a protective order, doc. 75, plaintiff may have two weeks to take any allowed deposition of Ms. Ellefsen.

No further extensions of discovery will be granted.

**SO ORDERED,** this 25th day of June, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA