# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TRACE STAFFING SOLUTIONS, LLC; and CEP TRANSITION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MANUFACTURERS ALLIANCE INSURANCE COMPANY; PENNSYLVANIA MANUFACTURERS' ASSOCIATION INSURANCE COMPANY; and ZURICH AMERICAN INSURANCE COMPANY, <br><br> Defendants. | CIVIL ACTION FILE NO. 4:17-cv-00083-WTM-GRS |

## NOTICE OF RESOLUTION OF SANCTIONS DISPUTE

Plaintiffs Trace Staffing Solutions, LLC and CEP Transition Company, LLC ("Plaintiffs") together with Defendants Manufacturers Alliance Insurance Company and Pennsylvania Manufacturers' Association Insurance Company ("PMA Defendants")(collectively, "Parties") hereby advise the Court that all disputes and issues relating to sanctions as referenced in the Court's July 31, 2019 Order (Doc. 105, hereinafter, the "Order") have been resolved by agreement between the Parties. Accordingly, the Parties hereby inform the Court of their agreement and intention to

forego the opportunity to present further briefing to the Court associated with sanctions arising from filing and defending the at-issue motion to compel, as discussed in the Order.

Respectfully submitted this 9th day of August, 2019.

/s/ Kenneth M. Gorenberg
Kenneth M. Gorenberg
Barnes & Thornburg LLP
1 North Wacker Drive, 44th Floor
Chicago, IL 60606
Tel: (312) 357-1313
Fax: (312) 759-5646
kgorenberg@btlaw.com

James J. Leonard
Georgia Bar No. 446655
Barnes & Thornburg LLP
3475 Piedmont Road, N.E., Suite 1700
Atlanta, GA 30305
Tel: (404) 846-1693
Fax: (404) 264-4033
jim.leonard@btlaw.com

Malcolm Mackenzie III
Georgia Bar No. 463950
Weiner Shearouse Weitz Greenberg
& Shawe LLP
P.O. Box 10105
Savannah, GA 31412
Tel: (912) 233-2251
Fax: (912) 235-5464
mmackenzie@wswgs.com

*Attorneys for Plaintiffs*

/s/ Graham E. McDonald
Graham E. McDonald
Georgia Bar No. 843090
Clay S. O'Daniel
Georgia Bar No. 843070
Matthew R. Johnson
Georgia Bar No. 940675
O'Daniel McDonald, LLC
9040 Roswell Road, Suite 500
Atlanta, GA 30350
Tel: (404) 419-6300
Fax: (404) 419-6301
gmcdonald@odmclaw.com
codaniel@odmclaw.com
mjohnson@odmclaw.com

*Attorneys for Defendants MAICO and PMAIC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2019, the undersigned filed the foregoing NOTICE OF RESOLUTION OF SANCTIONS DISPUTE with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Michael Freed
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street NE, Suite 2900
Atlanta, GA 30309
Michael.Freed@lewisbrisbois.com

Kenneth M. Gorenberg
Barnes & Thornburg LLP
1 North Wacker Drive, 44th Floor
Chicago, IL 60606
kgorenberg@btlaw.com

James J. Leonard
Barnes & Thornburg LLP
3475 Piedmont Road, N.E., Suite 1700
Atlanta, GA 30305
jim.leonard@btlaw.com

*/s/ Graham E. McDonald*
Graham E. McDonald
Georgia Bar No. 843090
O'Daniel McDonald, LLC
9040 Roswell Road, Suite 500
Atlanta, GA 30350
Tel: (404) 419-6300
Fax: (404) 419-6301
gmcdonald@odmclaw.com