# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TRACE STAFFING SOLUTIONS, )
LLC; and CEP TRANSITION )
COMPANY, LLC, )
 )
    Plaintiffs, )
 ) CIVIL ACTION FILE NO.
v. ) 4:17-cv-00083-WTM-CLR
 )
MANUFACTURERS ALLIANCE )
INSURANCE COMPANY; )
PENNSYLVANIA )
MANUFACTURERS' ASSOCIATION )
INSURANCE COMPANY; and )
ZURICH AMERICAN INSURANCE )
COMPANY, )
 )
    Defendants.

## **ORDER**

On September 6, 2019 Plaintiffs and Defendants Manufacturers Alliance Insurance Company and Pennsylvania Manufacturers' Association Insurance Company (the "Parties") submitted their Amended Joint Motion for Stay of Discovery and Request for Mediation [Doc. 112] ("Motion"). The discovery period authorized by this Court in its Order of June 25, 2019 [Doc. 100], is presently set to expire on September 11, 2019, and the deadline for civil motions (including *Daubert* motions but excluding motions in limine) is October 11, 2019.

After careful consideration, the Court GRANTS the Parties' Motion as to the requested stay, determining that any pending discovery disputes between the Parties and the below-identified discovery efforts and motions deadline shall be stayed pending the Parties' completion of a planned mediation. In the scenario where mediation is unsuccessful, the foregoing items will be subject of a future scheduling order of the Court:

1. The depositions of Jeff Friedrich, Debbie Burton and Jennifer Baldwin following completion of any outstanding Assurance Agency production (as referenced in the Court's June 25, 2019 Order);
2. The deposition of Amy Moore (per the June 25, 2019 Order);
3. The Rule 30(b)(6) deposition of Plaintiffs (pursuant to the time and topic restrictions of the Court's July 31, 2019 Order);
4. Responses to Plaintiffs' Second Set of Interrogatories to PMA Defendants (interrogatories to Suzanna Ellefsen as permitted by the Court's July 10, 2019 Order), and
5. The deadline for civil motions (including *Daubert* motions but excluding motions in limine).

If mediation is unsuccessful, the Court will host a telephonic conference with the Parties in an effort to resolve any then-ripe discovery disputes and to set the

aforementioned schedule for the completion of remaining discovery and motion practice impacted by the stay.

SO ORDERED, this 9th day of September, 2019.

_____
CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA